# OFFICE OF THE FEDERAL PUBLIC DEFENDER
# DISTRICT OF MARYLAND

NORTHERN DIVISION
TOWER II, 9th FLOOR
100 SOUTH CHARLES STREET
BALTIMORE, MARYLAND 21201-2705
TEL: (410) 962-3962
FAX: (410) 962-0872

JAMES WYDA                                                                                                                ELIZABETH G. OYER
FEDERAL PUBLIC DEFENDER                                                                                   ASSISTANT FEDERAL PUBLIC DEFENDER

July 9, 2013

The Honorable Catherine C. Blake
United States District Court
United States District Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

      Re:    *United States v. Casey Charles*, Criminal Case No. CCB-13-0034

Dear Judge Blake,

      On behalf of my client, Casey Charles, I am writing to correct certain inaccuracies in the government's sentencing memorandum, filed July 3, 2012. The government's memorandum attaches as Exhibit 4 a chart entitled "Casey Charles – Disposition of Victims' Funds." This chart has not been previously provided to the defense, nor has the underlying data and documentation been made available to us. Nevertheless, it is evident upon review that the chart mischaracterizes a significant number of expenses.

      The chart breaks down expenditures into five categories: Diamond Venture, Music Promotion, Personal Expense, Victim Payment, and Business Expense. The substantial majority of the expenses categorized as "Personal Expenses" are in fact other types of expenses. For example, the large cash withdrawals and wire transfers to Casey and Latisha Charles were expenditures associated with the failed diamond venture.

      I am attaching to this letter an annotated copy of the chart, which notes which business expenses are incorrectly characterized as "Personal Expenses" and indicates the correct category for these expenses. Based on this chart, the total amount of expenditures correctly categorized as "Personal Expenses" is $57,823.82.

                                Sincerely,

                                  /s/
                              Elizabeth G. Oyer, #95458
                              Assistant Federal Public Defender

cc:     AUSA Joyce McDonald
        USPO Nicole Johnson